

# Fourth Court of Appeals

## San Antonio, Texas

March 24, 2021

No. 04-21-00078-CV

**IN RE HENRY J. LIMITED PARTNERSHIP**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on March 24, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2021.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 15945, styled *Permian Highway Pipeline, LLC v. Henry J. Limited Partnership and Central Texas Electric Cooperative, Inc.*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.